IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN KEYS,<br>    Petitioner,<br>        v.<br><br>ATTORNEY GENERAL OF<br>PENNSYLVANIA,<br>    Respondent. | :<br>:<br>:    CIVIL ACTION NO. 12-2618<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 7th day of April 2014, upon careful and independent consideration of the Petition for Writ of Habeas Corpus [Doc. No. 1] and permitted amendments thereto, the Commonwealth's response to the petition and exhibits thereto, and relevant state court records, and upon review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell and Petitioner's objections thereto, and for the reasons set forth in the thorough and well-reasoned Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. No. 20, corrected by Doc. No. 22], is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus by a Person in State Custody is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING**;

3. There is no probable cause to issue a certificate of appealablity; and

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.