# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KEYS, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 12-CV-2618 |
| | : | |
| THE ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVAINA, *et al.*, | : | |
|     Respondents. | : | |

## ORDER

**AND NOW**, this 28th day of December 2022, upon consideration of Petitioner John Keys' Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) [ECF No. 43], it is hereby **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Petitioner's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**